**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| TOMMIE LEE DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, and JOHN DOES 1-10,<br><br>Defendants. | NO. C16-383-RAJ-JPD<br><br>ORDER GRANTING STIPULATED MOTION TO SET A BRIEFING SCHEDULE |

This matter comes before the Court upon the parties' February 27, 2017 Stipulated Motion to Set a Briefing Schedule for the parties' cross-motions for summary judgment. Dkt. 43. Defendants already filed their motion for summary judgment on February 23, 2017. Dkt. 39.

After careful consideration of parties' stipulated motion, the governing law, and the balance of the record, the Court hereby GRANTS the parties' stipulated motion, Dkt. 43, and AMENDS the briefing schedule previously set by the Court as follows:

(1) Plaintiff's opposition/cross-motion for partial summary judgment is due by no later than March 20, 2017;

(2) Defendants' reply/opposition brief is due by no later than April 17, 2017; and

(3) Plaintiff's reply is due by no later than April 28, 2017.

ORDER- 1

The Clerk of Court is directed to RE-NOTE defendants' motion for summary judgment, Dkt. 39, for consideration on **April 28, 2017**. The Clerk is further directed to send a copy of this Order to counsel for both parties and the Honorable Richard A. Jones.

DATED this 2nd day of March, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER- 2