UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMMIE LEE DAVIS, | Case No. C16-383-RAJ |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| KING COUNTY, | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     King County's motion for summary judgment, Dkt. 39, is GRANTED, plaintiff's motion for partial summary judgment, Dkt. 45, is DENIED, and this action is DISMISSED with prejudice.

(3)     The Clerk is directed to send copies of this Order to the parties and to the Honorable James P. Donohue.

DATED this 2nd day of August, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
PAGE - 1